UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____18_____
DATE FILED: 6/30/15
```

ZAYO GROUP LLC,

        Plaintiff,

    -against-

MICFO LLC,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

14cv1072

DEFAULT JUDGMENT

WILLIAM H. PAULEY III, District Judge:

        This action having been commenced on February 20, 2014, and a copy of the Summons and Complaint having been served on Defendant on June 18, 2014, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of Court having issued its certificate of default on December 23, 2014; it is.

        ORDERED, ADJUDGED, AND DECREED: That Plaintiff has judgment against Defendant Micfo LLC in the amount of $285,000, plus interest in the amount of $25,650 and costs in the amount of $445, for a total of $311,095.

Dated: June 30, 2015
      New York, New York

                                    SO ORDERED:

                                    _____
                                    WILLIAM H. PAULEY III
                                    U.S.D.J.

*Counsel of Record:*

Christopher M. Schierloh
Casey & Barnett, LLC
41 Madison Avenue, 25th Fl.
New York, NY 10010
*Counsel for Plaintiff*

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON: 7/1/2015

CERTIFIED AS A TRUE COPY ON
THIS DATE 9/7/2018
BY _____
(✓) Clerk
(✓) Deputy